IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-1030-M

| | |
|---|---|
| DAVID ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING MOTION TO** |
| v. | ) **SUBSTITUTE PARTY** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on plaintiff counsel's unopposed motion to substitute Maureen Adams, as Personal Representative of the Estate of David Adams, in lieu of David Adams, and to amend the caption in this action to reflect the requested substitution ("Motion"). [DE 11]. Pursuant to Fed R. Civ. P. 25(a)(1), the court GRANTS the Motion.

The court directs the Clerk of Court to modify the caption of this proceeding to substitute for the deceased Plaintiff: "Maureen Adams, as Personal Representative of the Estate of David Adams."

SO ORDERED. This 18th day of August, 2025.

RICHARD E. MYERS II
Chief United States District Judge